# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LOVE**                                                                                                    **PLAINTIFF**

**V.**                     **CASE NO. 1:13CV00048-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Plaintiff Gary Love's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE